IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AURANG ZEB,

        Plaintiff,

vs.

ROBERT BENES, ASPEN HOME BUILDERS INC., ERIC GISH, MITCH MYERS, and RACHEL GLEASON,

        Defendants.

4:20CV3075

**MEMORANDUM AND ORDER**

Before the court is Plaintiff's motion to proceed in forma pauperis (filing 2). Plaintiff states he has received business, profession, or other self-employment income in the past 12 months in the approximate amounts of $6,590.17 and $8,500.00. He has approximately $10,000.00 in cash or in a checking or savings account. He describes two outstanding debts in the amounts of $5,400.00 and $1,750.00 but does not otherwise specify expenses that would prohibit him from paying the relatively modest filing fee associated with filing a claim in federal court. Therefore,

    IT IS ORDERED that:

    1.    Plaintiff's motion to proceed in forma pauperis (filing 2) is denied.

    2.    Plaintiff shall pay the $400.00 filing fee within 30 days of the date of this order.

    3.    Failure to comply with this order will result in this matter being dismissed without prejudice and without further notice.

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **August 5, 2020**: deadline for Plaintiff to pay $400.00 filing fee.

Dated this 6th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge