IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURANG ZEB, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT BENES, ASPEN HOME BUILDERS, INC., ERIC GISH, MITCH MYERS, and RACHEL GLEASON, <br><br> Defendants. | 4:20-CV-3075 <br><br> ORDER |

This matter is before the Court on its own motion. Plaintiff filed a Notice of Appeal (filing 23) on July 20, 2015. However, Plaintiff failed to include the $505.00 filing and docket fees. Plaintiff has the choice of either submitting the $505.00 filing and docket fees to the clerk's office or submitting a request to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

1. Plaintiff is directed to submit the $505.00 fees to the clerk's office or submit a request to proceed in forma pauperis.

2. The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") and a copy of this Memorandum and Order.

3. The clerk of the court is directed to set a pro se case management deadline in this matter for March 8, 2021: with the following text: Check for motion to proceed in forma pauperis or payment.

Dated this 4th day of February, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge