IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AURANG ZEB, | | |
| Plaintiff, | 4:20-CV-3075 | |
| vs. | | |
| ROBERT BENES, ASPEN HOME BUILDERS, INC., ERIC GISH, MITCH MYERS, and RACHEL GLEASON, | ORDER | |
| Defendants. | | |

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis on appeal (filing 27). The plaintiff's application demonstrates that he is eligible to proceed in forma pauperis.

IT IS ORDERED that the plaintiff's application to proceed in forma pauperis (filing 27) is granted, and his appeal shall be processed without payment of fees.

Dated this 5th day of February, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge